THE LAW OFFICE OF BRIAN HEADY
Brian D. Heady
205 E. Benson Blvd.
Anchorage, Alaska 99503
907-868-1932/office
907-868-1942/fax
bheady@headylawoffice.com
Attorney for Defendant, Darin Schilmiller

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DARIN SCHILMILLER, ) <br> ) <br> Defendant. ) <br> _____) | **NOTICE OF INTENT TO CHANGE PLEA** <br><br><br><br><br> Case No. 3:19-cr-00058-SLG-DMS |

Brian Heady, of The Law Office of Brian Heady, hereby submits this Notice of Intent to Change Plea on behalf of the defendant, Darin Schilmiller.

Respectfully submitted this 22nd day of June 2023 at Anchorage, Alaska.

s/Brian D. Heady
Attorney for Defendant Darin Schilmiller
Alaska Bar No. 0709051

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2023, a copy of the foregoing was served electronically on

Adam Alexander, AUSA

s/ Brian D. Heady

USA v. Schilmiller; Case No. 3:19-cr-00058-SLG-DMS
Notice of Intent to Change Plea
Page 1 of 1

Case 3:19-cr-00058-SLG-MMS   Document 138   Filed 06/22/23   Page 1 of 1